(December 20, 1956)

■ In the Matter of the Claim of ARTHUR ALBERTSON, Appellant, against GIBSON & CUSHMAN, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur.

■ LILLIAN BERRIGAN, an Infant, by Her Guardian ad Litem, ELIZABETH BERRIGAN, et al., Appellants, v. TROY WHITMIER & FERRIS CORPORATION, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur.

■ PAUL O. DION, an Infant, by OMER O. DION, His Guardian ad Litem, et al., Appellants, v. DONALD NELSON, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur.

■ TOWN OF UNION, BROOME COUNTY, Respondent, v. DOYLESON ENTERPRISES, INC., Appellant.— Motion for stay granted, by default, without costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur.

■ In the Matter of HORACE F. KUHN, Appellant, against COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur. [See 1 A D 2d 533.]

■ SANTA'S WORKSHOP, INC., Appellant-Respondent, v. JOSEPH STERLING, Doing Business as STERLING ALASKA FUR & GAME FARM, Respondent-Appellant. — Motion for reargument denied. Order settled. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur. [See 2 A D 2d 262.]

■ In the Matter of the Claim of CHARLES LUTZ, Respondent, against MERGENTHALER LINOTYPE Co. et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision, handed down November 9, 1956, and order, if one has been entered, amended by providing for costs to the Special Fund instead of the Workmen's Compensation Board. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur. [See 2 A D 2d 906.]

■ In the Matter of the Claim of FLORENCE M. TUTTLE, Respondent, against HOTEL EARLE et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Decision, handed down November 9, 1956, and order, if one has been entered, amended by providing for costs to the Special Fund instead of the Workmen's Compensation Board. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur. [See 2 A D 2d 906.]